United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JEFFERSON RUIZ-CACERES, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00519 |
| TODD BLANCHE, *et al.,* | § | |
| "Respondents" | § | |

## ORDER

Before the Court is "Petitioner-Plaintiff Jefferson Ruiz-Caceres' Motion for Temporary Restraining Order and Preliminary Injunction" ("TRO & PI") (Dkt. No. 6). It is **ORDERED** that Respondents shall file a response to Petitioner's TRO & PI by **June 25, 2026, at 5:00 p.m. CST**.

SIGNED this June 11, 2026

Rolando Olvera
United States District Judge

1 / 1