United States District Court
Southern District of Texas

**ENTERED**

August 05, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JEFFERSON RUIZ-CACERES, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00519 |
| TODD BLANCHE, *et al.,* | § | |
| "Respondents." | § | |
| | § | |

**ORDER**

Before the Court is "Petitioner's Reply to Respondents' Answer to Habeas Petition Under 28 U.S.C. § 2241 and Respondents' Motion for Summary Judgment" ("Reply") (Dkt. No. 9). It is **ORDERED** that Respondents shall file a sur-reply to Petitioner's Reply by **August 17, 2026, at 5:00 p.m. CST**.

SIGNED this August 5, 2026

_____
Rolando Olvera
United States District Judge

1 / 1